THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE CONKLIN, Appellant, against BLAKELY R. WEBSTER, as Superintendent of Dannemora State Hospital, Respondent.

Submitted February 24, 1941; decided March 4, 1941.

*George Conklin*, in person, for motion.

No one opposed.

Motion denied on the ground that no appeal has been taken within the statutory time and no leave to appeal can now be granted.

In the Matter of the CITY OF NEW YORK, Appellant, Relative to Acquiring an Easement Within the United States Bulkhead Lines of Newtown and Maspeth Creeks in the Boroughs of Brooklyn and Queens.

CORD MEYER COMPANY, Respondent.

Submitted February 24, 1941; decided March 4, 1941.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 284 N. Y. 493.)